IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S<br>　　　v.<br>VIATRIS INC. and<br>MYLAN PHARMACEUTICALS INC. | )<br>)<br>)   Civil Action No.<br>)<br>) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  No earlier than December 17, 2022

Date of Expiration of Patent:  See Below*

Thirty Month Stay Deadline:  June 17, 2025

\* U.S. Patent No. 8,129,343 expires on 12/5/2031; U.S. Patent No. 8,536,122 expires on 3/20/2026; U.S. Patent No. 9,764,003 expires on 6/21/2033; U.S. Patent No. 10,888,605 expires on 8/24/2038; and U.S. Patent No. 11,318,191 expires on 2/17/2041

| | |
|---|---|
| 1/27/2023<br>Date | /s/ Jack B. Blumenfeld<br>Attorney(s) for Plaintiff |