IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | C.A. No. 23-101 (CFC)<br><br>ANDA CASE |

**DEFENDANT'S AMENDED MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession of Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A *Markman* hearing is scheduled in this case for December 13, 2023, in

1

Courtroom 4B.

3.  The following persons intend to appear at the *Markman* hearing, require access to their electronic devices, but do not have state issued bar cards or meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- David L. Anstaett, Esq. – Lead Counsel for Mylan Pharmaceuticals, Inc.

- Brandon M. White, Esq. – Lead Counsel for Mylan Pharmaceuticals, Inc.

- Shannon M. Bloodworth, Esq. – Lead Counsel for Mylan Pharmaceuticals, Inc.

- Matthew Greinert, Esq. – Lead Counsel for Mylan Pharmaceuticals, Inc.

- Preston Imperatore, Esq. – Inhouse Counsel at Mylan Pharmaceuticals, Inc.

WHEREFORE, Defendant respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated: December 7, 2023

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorney for Defendant Mylan Pharmaceuticals, Inc.*

SO ORDERED, this 8th day of December 2023.

/s/ Colm F. Connolly
_____
The Honorable Colm F. Connolly
Chief, United States District Court