# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>      Plaintiffs,<br><br>  v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 23-101 (CFC)<br>)  CONSOLIDATED<br>)  **ANDA CASE**<br>)<br>) |

## [Proposed] Consolidated Case Schedule

| Event | Novo Proposal | Mylan Proposal |
|---|---|---|
| Plaintiffs' Preliminary Disclosure of Asserted Claims and Accompanying Document Production ('198 Patent) | April 4, 2024 | |
| Defendant's Disclosure of Noninfringement Contentions and Accompanying Document Production ('198 Patent) | April 19, 2024 | |
| Defendant's Disclosure of Invalidity Contentions and Preliminary Disclosure of Asserted Art and Accompanying Document Production ('198 Patent) | April 19, 2024 | |
| Plaintiffs' Disclosure of Infringement Contentions and Accompanying Document Production ('198 Patent) | May 3, 2024 | |
| Plaintiffs' Responses to Invalidity Contentions ('198 Patent) | May 3, 2024 | |

| Event | Novo Proposal | Mylan Proposal |
|---|---|---|
| Parties Exchange Proposed Claim Terms to be Construed ('198 Patent) | May 9, 2024 ||
| Parties Exchange Proposed Constructions and Supporting Intrinsic Evidence ('198 Patent) | May 16, 2024 ||
| Deadline to Meet and Confer re: Claim Construction ('198 Patent) | May 21, 2024 ||
| Joint Claim Chart Filed with Court ('198 Patent) | May 23, 2024 ||
| Plaintiffs' Opening Claim Construction Brief Served ('198 Patent) | June 7, 2024 ||
| Defendant's Answering Claim Construction Brief Served ('198 Patent) | June 28, 2024 ||
| Plaintiffs' Reply Claim Construction Brief Served ('198 Patent) | July 16, 2024 ||
| Defendant's Sur-Reply Claim Construction Brief Served ('198 Patent) | July 23, 2024 ||
| Joint Claim Construction Brief Filed ('198 Patent) | July 25, 2024 ||
| Deadline to Meet and Confer re: Amended Joint Claim Construction Chart ('198 Patent) | July 26, 2024 ||
| Amended Joint Claim Construction Chart Filed, If Necessary ('198 Patent) | July 30, 2024 ||
| Claim Construction Hearing ('198 Patent) | August __, 2024 ||

| Event | Novo Proposal | Mylan Proposal |
|---|---|---|
| Defendant serves on Plaintiffs a "Final Election of Asserted Prior Art" | Asserted Patents other than the '198 Patent: April 22, 2024 (28 days after the Court's March 25, 2024 claim construction order)<br><br>'198 Patent: 14 days after the Court issues a Claim Construction order on the '198 Patent | 14 days after the Court issues a Claim Construction order for the '198 patent<br><br>(For all patents) |
| Plaintiffs serve on Defendant a "Final Election of Asserted Claims" | Asserted Patents other than the '198 Patent: May 6, 2024<br><br>'198 Patent: 7 days after the service of the final election of asserted prior art | 7 days after service of the Final Election of Asserted Prior Art |
| Defendant's Rule 12(c) motion and opening brief | May 7, 2024 ||
| Plaintiffs' Rule 12(c) response brief | June 4, 2024 ||
| Defendant's Rule 12(c) reply brief | June 18, 2024 ||
| Completion of Fact Discovery | August 30, 2024 ||
| Final Deadline to Supplement the Preliminary Disclosure of Asserted Claims, Preliminary Disclosure of Prior Art, Infringement Contentions, and Invalidity Contentions | September 6, 2024 ||

| Event | Novo Proposal | Mylan Proposal |
|---|---|---|
| Final Deadline to Supplement Noninfringement Contentions and Responses to Invalidity Contentions | September 13, 2024 ||
| Opening Expert Reports (including Plaintiffs' Objective Indicia Opinions) | October 11, 2024 ||
| Rebuttal Expert Reports (including Defendant's Objective Indicia Opinions) | November 15, 2024 ||
| Reply Expert Reports | December 6, 2024 ||
| Close of Expert Discovery | January 20, 2025 ||
| Deadline to Meet and Confer re: Proposed Pretrial Order Exchange Schedule | January 15, 2025 ||
| Deadline to file Daubert Motions | January 24, 2025 ||
| Responses to Daubert Motions | February 7, 2025 ||
| Replies to Daubert Motions | February 14, 2025 ||
| Plaintiffs Provide to Defendant a Draft Joint Pretrial Order | -- (Defer until after January 15, 2025 meet-and-confer) ||
| Defendant Provides to Plaintiffs a Response to Plaintiffs' Draft Joint Pretrial Order | -- (Defer until after January 15, 2025 meet-and-confer) ||
| Submission of Joint Proposed Pretrial Order | TBD (21 days before the Pretrial conference) ||
| Pretrial Conference | TBD by the Court ||
| Trial Begins (5 days) | April 21, 2025 ||

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Colm F. Connolly
Chief, Unites States District Court Judge