IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and NOVO NORDISK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | Civil Action No. 23-101-CFC<br>**ANDA CASE** |

## ORDER

At Wilmington on this Twenty-second day of July in 2025,

For the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that:

1. The Motion for Judgment on the Pleadings filed by Mylan Pharmaceuticals, Inc. (D.I. 160) is GRANTED; and

2. The parties shall submit no later than August 5, 2025 a proposed judgment consistent with the Memorandum Opinion.

_____
CHIEF JUDGE