# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK, INC. and NOVO NORDISK A/S,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>　　　　Defendant. | Civil Action No.: 23-101-CFC<br><br>**ANDA CASE** |

## [PROPOSED] FINAL JUDGMENT AS TO U.S. PATENT NO. 9,764,003

This action was brought by Plaintiffs Novo Nordisk, Inc. and Novo Nordisk A/S pursuant to 35 U.S.C. § 271 alleging that Defendant Mylan Pharmaceuticals Inc.'s Abbreviated New Drug Application ("ANDA") No. 217705 infringes, among other patents, United States Patent No. 9,764,003 (the "'003 Patent").[1]

On July 22, 2025, the Court granted Defendant's Motion for Judgment on the Pleadings (D.I. 160) under Federal Rule of Civil Procedure 12(c), finding no direct, contributory, or induced infringement of the '003 Patent's claims under 35 U.S.C. §§ 271(a), (b), (c) and (e)(2)(A) by Mylan's ANDA No. 217705. (D.I. 318, 319).

---

[1] Plaintiffs Novo Nordisk, Inc. and Novo Nordisk A/S continue to assert claims from U.S. Patent Nos. 8,129,343; 11,318,191; 12,029,779; and 12,214,017 against Defendant Mylan Pharmaceuticals Inc. with respect to ANDA No. 217705.

Accordingly, IT IS HEREBY ORDERED that:

1. Final judgment of no direct, contributory, and induced infringement of the '003 patent under 35 U.S.C. §§ 271 (a), (b), (c) and (e)(2)(A) by Mylan's ANDA No. 217705 is hereby entered in favor of Defendant Mylan Pharmaceuticals Inc. and against Plaintiffs Novo Nordisk, Inc. and Novo Nordisk A/S for the reasons set forth in the Court's July 22, 2025, Memorandum Opinion (D.I. 318).

2. Because this partial judgment is not a final judgment as to all claims asserted in the Complaint, this judgment is not subject to immediate appeal and shall not prevent any party from applying for fees or filing a bill of costs after the entry of a final judgment as to all remaining claims.

Dated: _____                         _____
                                                  COLM F. CONNOLLY
                                                  CHIEF JUDGE