IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK A/S,<br><br>        Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>        Defendant. | C.A. No. 23-101 (CFC)<br>CONSOLIDATED<br><br>**ANDA CASE** |

## [~~PROPOSED~~] JUDGMENT REGARDING U.S. PATENT NO. 8,129,343

WHEREAS, Mylan Pharmaceuticals Inc. ("Mylan") has submitted Abbreviated New Drug Application No. 217705 ("Mylan's ANDA") to the Food and Drug Administration ("FDA");

WHEREAS, Mylan's ANDA references Plaintiff Novo Nordisk Inc.'s Wegovy® pharmaceutical product and seeks FDA approval of a generic version of semaglutide solution, 0.25 mg/0.5 mL, 0.5 mg/0.5 mL, 1 mg/0.5 mL, 1.7 mg/0.75 mL and 2.4 mg/0.75 mL, for subcutaneous use, before expiration of U.S. Patent No. 8,129,343 ("'343 Patent") among others;

WHEREAS, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively, "Novo Nordisk") filed suit against Mylan pursuant to 35 U.S.C. § 271 in the above-captioned action ("Action"), alleging, among other things, that the

submission of Mylan's ANDA infringes claim 4 of the '343 Patent ("Asserted Claim"); and

WHEREAS, for purposes of this Action only, Mylan has withdrawn all claims that the Asserted Claim of the '343 Patent is not valid or enforceable and has withdrawn all other noninfringement defenses to the Asserted Claim of the '343 Patent;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment is entered in favor of Novo Nordisk and against Mylan on Novo Nordisk's claim that Mylan's filing of Mylan's ANDA infringed claim 4 of the '343 Patent under 35 U.S.C. § 271(e)(2)(A) and that the commercial manufacture, use, sale, offer to sell, and/or importation of any product that would be marketed pursuant to Mylan's ANDA before expiration of the '343 Patent would infringe claim 4 of the '343 Patent.

2. Judgment is entered in favor of Novo Nordisk and against Mylan on Mylan's counterclaims for invalidity and non-infringement of claim 4 of the '343 Patent.

3. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any final approval of Mylan's ANDA shall be a date that is not earlier than the date of expiration of the '343 Patent and any additional period of pediatric exclusivity for the '343 Patent to which Novo Nordisk has or may become entitled.

4. Pursuant to 35 U.S.C. § 271(e)(4)(B), Mylan and each of its officers, agents, servants, employees, successors, and attorneys, and all persons and entities acting in concert or participation with them, are enjoined, until the expiration of the '343 Patent on December 5, 2031, from commercially manufacturing, using, selling or offering for sale in the United States, or importing into the United States, any product that would be marketed pursuant to Mylan's ANDA.

5. For avoidance of doubt, this Judgment does not affect any claims with respect to any other patent asserted in this litigation.

6. Each side will bear its own costs and fees with respect to any claims of infringement or invalidity of the '343 Patent.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| /s/ Travis J. Murray | /s/ Stamatios Stamoulis |
| Brian P. Egan (#6227)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>began@morrisnichols.com<br>tmurray@morrisnichols.com<br><br>*Attorney for Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S* | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 North West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendant Mylan Pharmaceuticals Inc.* |

March 11, 2026

SO ORDERED this 12th day of March, 2026.

_____
The Honorable Colm F. Connolly
Chief, United States District Judge